BENJAMIN B. WAGNER
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States Environmental
Protection Agency and Jared Blumenfeld,
Regional Administrator

DOWNEY BRAND LLP
MELISSA A. THORME (Bar No. 151278)
ASHLEY M. PORTER   (Bar No. 285305)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:  (916) 444-1000
Facsimile:  (916) 444-2100

Attorneys for Plaintiffs
Southern California Alliance of POTWs and
Central Valley Clean Water Association

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA ALLIANCE OF PUBLICLY OWNED TREATMENT WORKS, and CENTRAL VALLEY CLEAN WATER ASSOCIATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; JARED BLUMENFELD, REGIONAL ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION IX; and DOES 1 to 10,<br><br>    Defendants. | CASE NO.  2:14-cv-01513 MCE-DAD<br><br>**SECOND JOINT STATUS REPORT AND ORDER FOR MERITS BRIEFING SCHEDULE** |

*Southern Cal. Alliance of Publicly Owned Treatment Works, et al. v. U.S. EPA, et al.*, Case No: 2:14-cv-01513 MCE-DAD
SECOND JOINT STATUS REPORT AND ORDER FOR MERITS BRIEFING SCHEDULE

1

Defendants United States Environmental Protection Agency and Regional Administrator Jared Blumenfeld (collectively, "EPA") and Plaintiffs Southern California Alliance of Publicly Owned Treatment Works ("SCAP") and Central Valley Clean Water Association ("CVCWA"), through their respective attorneys, hereby submit this Second Joint Status Report[1] with their revised merits briefing schedule.  Because this is an Administrative Procedure Act ("APA") action, this case will be resolved through cross-motions on the merits.  The parties respectfully propose the following schedule:

- Defendants file/serve Administrative Record:           10/15/2014
- Plaintiffs' motion for summary judgment:                11/12/2014
- Defendants' opposition / cross-motion for summary judgment: 12/17/2014
- Plaintiffs' reply/ opposition:                          1/20/2015
- Defendants' reply:                                      2/17/2015
- Cross-Motions Hearing:                                  3/5/2015

Dated:  October 1,  2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Chi Soo Kim*
CHI SOO KIM
Assistant United States Attorney

Dated:  October 1, 2014

DOWNEY BRAND LLP

*/s/ Melissa A. Thorme*
MELISSA A. THORME
ASHLEY M. PORTER

Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

Dated: October 14, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] The parties filed their first Joint Status Report on August 29, 2014.  [Doc. 18]