UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA ALLIANCE OF PUBLICLY OWNED TREATMENT WORKS, and CENTRAL VALLEY CLEAN WATER ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; JARED BLUMENFELD, REGIONAL ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION IX; and DOES 1 to 10,<br><br>Defendants. | Case No.  2:14-CV-01513-MCE-DAD<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR PERMISSION TO DISPENSE WITH REQUIREMENT OF FILING STATEMENT OF UNDISPUTED FACTS**<br><br><br>**The Honorable Morrison C. England Jr.** |

1

ORDER GRANTING PLAINTIFFS' REQUEST TO DISPENSE WITH REQUIREMENT OF STATEMENT OF FACTS

After full consideration of the arguments presented by counsel, the representations reflected in the Request for Permission to Dispense with Requirement of Filing Statement of Undisputed Facts [Dkt. No. 24] filed by Plaintiffs Southern California Alliance of Publicly Owned Treatment Works and Central Valley Clean Water Association, and the papers and records on file in this action, IT IS HEREBY ORDERED that Plaintiffs' Request for Permission to Dispense with Requirement of Filing Statement of Undisputed Facts (ECF No. 24) is GRANTED.

IT IS SO ORDERED.

Dated:  November 18, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT