BENJAMIN B. WAGNER
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States Environmental
Protection Agency and Jared Blumenfeld,
Regional Administrator

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA ALLIANCE OF PUBLICLY OWNED TREATMENT WORKS, and CENTRAL VALLEY CLEAN WATER ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; JARED BLUMENFELD, REGIONAL ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION IX; and DOES 1 to 10,<br><br>Defendants. | CASE NO. 2:14-cv-01513 MCE-DAD<br><br>**EPA DEFENDANTS' REQUEST FOR PERMISSION TO DISPENSE WITH THE REQUIREMENT OF FILING A STATEMENT OF UNDISPUTED FACTS AND ORDER** |

The Court recently granted Plaintiffs' unopposed Request for Permission to Dispense with Requirement of Filing Statement of Undisputed Facts. [Docket 27] Defendants United States Environmental Protection Agency and Regional Administrator Jared Blumenfeld (collectively, "EPA"), through their respective attorneys, hereby respectfully submit their Request for Permission to Dispense with the Requirement of Filing a Statement of Undisputed Facts as required under Eastern District Local Rule 260(a) because this Court's review of Plaintiffs' Administrative Procedure Act ("APA") claim is

*Southern Cal. Alliance of Publicly Owned Treatment Works, et al. v. U.S. EPA, et al.*, Case No: 2:14-cv-01513 MCE-DAD
EPA DEFENDANTS' REQUEST FOR PERMISSION TO DISPENSE WITH THE REQUIREMENT OF FILING A STATEMENT OF UNDISPUTED FACTS AND ORDER

1

limited to the administrative record.  "[R]equests to dispense with the requirement of filing a statement of [undisputed] facts are routinely granted in this District" because "[i]n APA cases, statements [of undisputed facts] are generally redundant because all relevant facts are contained in the agency's administrative record."  *San Joaquin River Group. Auth. v. Nat'l Marine Fisheries Serv.*, 819 F. Supp. 2d 1077, 1084 (E.D. Cal. 2011).    Accordingly, EPA requests that the Court permit EPA to dispense with Local Rule 260(a)'s requirement of filing a Statement of Undisputed Facts when they file their Cross-Motion for Summary Judgment on December 17, 2014.

Dated:   November 21,  2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Chi Soo Kim*

CHI SOO KIM
Assistant United States Attorney

## ORDER

**IT IS SO ORDERED.**

Dated:  November 25, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

*Southern Cal. Alliance of Publicly Owned Treatment Works, et al. v. U.S. EPA, et al.,* Case No: 2:14-cv-01513 MCE-DAD
EPA DEFENDANTS' REQUEST FOR PERMISSION TO DISPENSE WITH THE REQUIREMENT OF FILING A STATEMENT OF UNDISPUTED FACTS AND ORDER

2