BENJAMIN B. WAGNER
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

SAM HIRSCH
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

Attorneys for the United States Environmental
Protection Agency and Jared Blumenfeld,
Regional Administrator

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA ALLIANCE OF PUBLICLY OWNED TREATMENT WORKS, and CENTRAL VALLEY CLEAN WATER ASSOCIATION,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; JARED BLUMENFELD, REGIONAL ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION IX; and DOES 1 to 10,<br><br>Defendants. | CASE NO.  2:14-cv-01513 MCE-DAD<br><br>**EPA'S EX PARTE REQUEST AND ORDER TO CONTINUE PLAINTIFFS' MOTION TO COMPEL RE: ADMINISTRATIVE RECORD**<br>[Dkt 36]<br><br>Date:    February 19, 2015<br>Time:    2:00 p.m.<br>Place:   Courtroom 7, 14th Floor<br>Judge:   Hon. Morrison C. England |

Pursuant to Local Rule 144(c), Defendants United States Environmental Protection Agency and Regional Administrator Jared Blumenfeld (collectively, "EPA") respectfully request a two (2) week continuance of the hearing on Plaintiffs' motion to compel Defendants to complete the administrative record [Dkt 36] from February 19, 2015 to March 5, 2015, to be heard concurrently with the parties' pending summary judgment motions [Dkt 25, 30].  EPA requests the continuance to allow it sufficient

time to carefully consider and review Plaintiffs' motion.  Further, because EPA requests continuing Plaintiffs' motion to the same date for which the parties' pending summary judgment motion are currently scheduled, there are no concerns regarding the availability of counsel or the parties for March 5, 2015.

To prevent any prejudice to Plaintiffs Southern California Alliance of Publicly Owned Treatment Works ("SCAP") and Central Valley Clean Water Association ("CVCWA"), EPA requests the briefing schedule below to provide more time for Plaintiffs' reply than would be provided under Local Rule 230(d).[1]

| | |
|---|---|
| - EPA's response to motion (filing deadline) | 2/17/2015 |
| - Plaintiffs' reply (filing deadline) | 2/26/2015 |
| - Hearing: | 3/5/2015 |

A stipulation extending time unfortunately could not be reached, and EPA informed Plaintiffs that it would be filing this ex parte request.  *See* L.R. 144(c).  Declaration of Chi Soo Kim, ¶ 2.  Counsel for Plaintiffs declined EPA's request that the parties enter a stipulation, stating that "Plaintiffs had considered noticing the motion to be heard together with the cross-motions, but opted for the earlier hearing date in order for the record to be prepared and available by the time of the hearing on the merits." *Id*.  Because Plaintiffs filed and noticed their motion to compel two (2) weeks before the parties' dispositive motion hearing, it is unlikely that the administrative record issues would have been resolved by the Court before the summary judgment hearing two weeks later.

Throughout this litigation, EPA counsel has been cooperative and worked professionally with counsel for Plaintiffs, and counsel have a positive working relationship.  Kim Decl., ¶ 3.  Though not required to do so, EPA proactively proposed to provide Plaintiffs with a draft index of the administrative record, confer with Plaintiffs regarding the administrative record, and jointly agree and propose to the Court a schedule for the administrative record and parties' dispositive motions.  Kim Decl., ¶ 3; *see* Dkt 18, 19, 21.[2]  The purpose of meeting and conferring regarding the administrative record and jointly

---

[1]   EPA's proposed briefing schedule provides Plaintiffs with 10 days, rather than 7 days, after the filing of EPA's response for Plaintiffs' reply.

[2]   EPA counsel also took the laboring oar by drafting and filing all of the parties' joint filings and requests, again taking a proactive and cooperative role to work with Plaintiffs.  Kim Decl., ¶ 3; *see*

agreeing to and proposing this schedule was to resolve issues regarding the administrative record early. Kim Decl., ¶ 3.  The parties met and conferred multiple times over approximately four (4) weeks regarding the administrative record.  Kim Decl., ¶ 3.  The administrative record was lodged on October 15, 2014.  [Dkt 22, 23]  Plaintiffs did not file their motion to compel regarding the administrative record until over three (3) months later on January 20, 2014, concurrently with Plaintiffs' last brief on the parties' motions for summary judgment and after EPA had already filed its opposition and cross-motion one month earlier.  [Dkt 36, 30]  Plaintiffs also did not provide EPA with any notice that it would be filing this motion to compel, nor did the parties' jointly proposed briefing schedule contemplate or provide any additional time for EPA to respond to such a motion during the time already allotted for EPA's reply brief.  Kim Decl., ¶ 2.  EPA does not assert that Plaintiffs are prohibited from challenging the administrative record, but merely requests a brief continuance to allow it sufficient time to carefully consider and review Plaintiffs' motion.

Dated:  February 4, 2015                    Respectfully submitted,

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

                                                    /s/ Chi Soo Kim
                                                    CHI SOO KIM
                                                    Assistant United States Attorney

Dated:  February 4, 2015                    /s/ Leslie M. Hill
                                                    LESLIE M. HILL
                                                    Environmental Defense Section

## ORDER

**IT IS SO ORDERED.**

Dated:  February 11, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

Dkt 18, 19, 21.  The Court approved the parties' stipulated schedule.  [Dkt 21]