BENJAMIN B. WAGNER
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States Environmental Protection Agency and Jared Blumenfeld, Regional Administrator

DOWNEY BRAND LLP
MELISSA A. THORME (Bar No. 151278)
ASHLEY M. PORTER   (Bar No. 285305)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:  (916) 444-1000
Facsimile:  (916) 444-2100

Attorneys for Plaintiffs
Southern California Alliance of POTWs and Central Valley Clean Water Association

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA ALLIANCE OF PUBLICLY OWNED TREATMENT WORKS, and CENTRAL VALLEY CLEAN WATER ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; JARED BLUMENFELD, REGIONAL ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION IX; and DOES 1 to 10,<br><br>Defendants. | CASE NO.  2:14-cv-01513 MCE-DAD<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR EPA'S RESPONSE TO PLAINTIFFS' SUR REPLY** |

Defendants United States Environmental Protection Agency and Regional Administrator Jared Blumenfeld (collectively, "EPA") and Plaintiffs Southern California Alliance of Publicly Owned Treatment Works ("SCAP") and Central Valley Clean Water Association ("CVCWA"), through their respective attorneys, hereby submit this stipulation and respectfully request that the deadline for EPA's response to Plaintiffs' sur reply be extended until Tuesday, March 3, 2015.  The extension request is based on undersigned EPA counsel's unavailability on February 24, 26, and 27, 2015 due to prior work commitments, including travel out of town for another case, scheduled before the issuance of the Court's order dated February 24, 2015 [Dkt 44].

Dated:  February 24, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Chi Soo Kim*
CHI SOO KIM
Assistant United States Attorney

Dated:  February 24, 2015

DOWNEY BRAND LLP

 */s/ Melissa A. Thorme*
MELISSA A. THORME
ASHLEY M. PORTER

Attorneys for Plaintiffs

**ORDER**

**IT IS SO ORDERED.**

Dated:  February 25, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

*Southern Cal. Alliance of Publicly Owned Treatment Works, et al. v. U.S. EPA, et al.*, Case No: 2:14-cv-01513 MCE-DAD
JOINT STIPULATION AND ORDER TO EXTEND TIME FOR EPA'S RESPONSE TO PLAINTIFFS' SUR REPLY

1