1  DOWNEY BRAND LLP
   MELISSA A. THORME (Bar No. 151278)
2  ASHLEY M. BOULTON (Bar No. 285305)
   621 Capitol Mall, 18th Floor
3  Sacramento, CA  95814-4731
   Telephone: (916) 444-1000
4  Facsimile:  (916) 444-2100
   mthorme@downeybrand.com
5  aboulton@downeybrand.com

6  Attorneys for Plaintiffs
   SOUTHERN CALIFORNIA ALLIANCE OF
7  PUBLICLY OWNED TREATMENT WORKS and
   CENTRAL VALLEY CLEAN WATER
8  ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA ALLIANCE OF PUBLICLY OWNED TREATMENT WORKS, and CENTRAL VALLEY CLEAN WATER ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; JARED BLUMENFELD, REGIONAL ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION IX; and DOES 1 to 10,<br><br>Defendants. | Case No.  2:14-cv-01513-MCE-DAD<br><br>**STIPULATION AND ORDER TO REVISE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR RECONSIDERATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 59(e), OR ALTERNATIVELY, FEDERAL RULE OF CIVIL PROCEDURE 60(b)(2) BASED UPON NEWLY DISCOVERED EVIDENCE**<br><br>Date:      July 23, 2015<br>Time:     2:00 p.m.<br>Judge:    Hon. Morrison C. England<br>Dept.:     Courtroom 7, 14th Floor |

Plaintiffs Southern California Alliance of Publicly Owned Treatment Works ("SCAP") and Central Valley Clean Water Association ("CVCWA") (collectively "Plaintiffs") and Defendants United States Environmental Protection Agency and Regional Administrator Jared

Blumenfeld (collectively, "EPA"), through their attorneys, hereby stipulate and respectfully request that the Court vacate the hearing on Plaintiffs' Motion for Reconsideration (Dkt. No. 53) and revise the current briefing schedule due to unforeseen scheduling conflicts of Plaintiffs' counsel. The parties stipulate to submit the matter for consideration on the papers alone, unless a hearing is desired by the Court, and respectfully propose the following briefing schedule:

- Defendants' Opposition        8/11/15
- Plaintiffs' Reply             8/18/15

DATED: July 8, 2015             DOWNEY BRAND LLP

By: /s/ Melissa A. Thorme
MELISSA A. THORME
Attorneys for Plaintiffs
SOUTHERN CALIFORNIA ALLIANCE OF PUBLICLY OWNED TREATMENT WORKS and CENTRAL VALLEY CLEAN WATER ASSOCIATION

DATED: July 8, 2015             BENJAMIN B. WAGNER
United States Attorney

By: /s/ Chi Soo Kim
CHI SOO KIM
Assistant United States Attorney
Attorneys for Defendants
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY AND JARED BLUMENFELD, REGIONAL ADMINISTRATOR

## ORDER

The hearing on Plaintiffs' Motion for Reconsideration, currently scheduled for July 23, 2015, is hereby VACATED and the briefing schedule is altered to reflect the parties' stipulation.

IT IS SO ORDERED.

Dated: July 9, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT