BENJAMIN B. WAGNER
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for the United States Environmental
Protection Agency and Jared Blumenfeld,
Regional Administrator

DOWNEY BRAND LLP
MELISSA A. THORME (Bar No. 151278)
ASHLEY M. BOULTON  (Bar No. 285305)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:  (916) 444-1000
Facsimile:   (916) 444-2100

Attorneys for Plaintiffs
Southern California Alliance of POTWs and
Central Valley Clean Water Association

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA ALLIANCE OF PUBLICLY OWNED TREATMENT WORKS, and CENTRAL VALLEY CLEAN WATER ASSOCIATION,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; JARED BLUMENFELD, REGIONAL ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION IX; and DOES 1 to 10,<br><br>      Defendants. | CASE NO.  2:14-cv-01513 MCE-DAD<br><br>**JOINT STIPULATION AND ORDER TO REVISE SCHEDULE FOR ADDITIONAL BRIEFING ORDERED BY THE COURT [Dkt 61]** |

Defendants United States Environmental Protection Agency and Regional Administrator Jared Blumenfeld (collectively, "EPA") and Plaintiffs Southern California Alliance of Publicly Owned Treatment Works ("SCAP") and Central Valley Clean Water Association ("CVCWA"), through their respective attorneys, hereby submit this stipulation and respectfully request that the briefing scheduled ordered by the Court in its September 15, 2015 Order [Dkt 61] be modified as proposed below. Undersigned EPA counsel will be in trial in another case beginning September 24, 2015 that is estimated to conclude on or around October 9, 2015, and is traveling out of town for work October 16-19, 2015 and October 26-27, 2015.  The parties respectfully propose the following briefing schedule:

|   | Current Date | Proposed Date |
|---|---|---|
| - First Brief: | October 16, 2015 | November 6, 2015 |
| - Responsive Brief: | October 30, 2015 | November 20 2015 |
| - Hearing: | November 12, 2015 | December 3, 2015 |

Respectfully Submitted,

Dated:   September 17, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Chi Soo Kim*

CHI SOO KIM
Assistant United States Attorney

Attorneys for EPA

Dated:  September 17, 2015

DOWNEY BRAND LLP

_/s/ Melissa A. Thorme_
MELISSA A. THORME
ASHLEY M. PORTER

Attorneys for Plaintiffs

### ORDER

**IT IS SO ORDERED.**

Dated:  September 21, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT