1  PHILLIP A. TALBERT
   Acting United States Attorney
2  CHI SOO KIM
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5
   JOHN C. CRUDEN
6  Assistant Attorney General
   Environment & Natural Resources Division
7  United States Department of Justice
   LESLIE M. HILL
8  Environmental Defense Section
   601 D Street N.W., Suite 8000
9  Washington D.C.  20004
   Telephone (202) 514-0375
10 Facsimile (202) 514-8865

11 Attorneys for the United States Environmental
   Protection Agency and Alexis Strauss,
12 Acting Regional Administrator

13
                IN THE UNITED STATES DISTRICT COURT
14
                    EASTERN DISTRICT OF CALIFORNIA
15

16

17 | SOUTHERN CALIFORNIA ALLIANCE OF | CASE NO.  2:14-cv-01513 MCE
   | PUBLICLY OWNED TREATMENT        |
18 | WORKS, and CENTRAL VALLEY CLEAN |
   | WATER ASSOCIATION,              | **NOTICE OF SUBSTITUTION OF**
19 |                                 | **DEFENDANT EPA REGIONAL**
   |           Plaintiffs,           | **ADMINISTRATOR; ORDER THEREON**
20 |     v.                          |
21 | UNITED STATES ENVIRONMENTAL     |
   | PROTECTION AGENCY; ALEXIS STRAUSS, |
22 | ACTING REGIONAL ADMINISTRATOR,  |
   | UNITED STATES ENVIRONMENTAL     |
23 | PROTECTION AGENCY, REGION IX; and |
   | DOES 1 to 10,                   |
24 |                                 |
   |           Defendants.           |
25

26

27

28

   *Southern California Publicly Owned Treatment Works, et al. v. U.S. EPA, et al.,* Case No: 2:14-cv-01513 MCE
   NOTICE OF SUBSTITUTION OF DEFENDANT EPA REGIONAL ADMINISTRATOR ; ORDER THEREON
30

NOTICE IS HEREBY GIVEN that Alexis Strauss has replaced Jared Blumenfeld as the United States Environmental Protection Agency, Acting Regional Administrator, Region 9.  Accordingly, pursuant to Fed. R. Civ. P. 25(d), Alexis Strauss is automatically substituted as Defendant Acting Regional Administrator, and all further proceedings in this action shall "be in the substituted party's name."

Dated:  May 12, 2016

PHILLIP A. TALBERT
Acting United States Attorney

 */s/ Chi Soo Kim*
CHI SOO KIM
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  May 16, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

*Southern California Publicly Owned Treatment Works, et al. v. U.S. EPA, et al.,* Case No: 2:14-cv-01513 MCE
NOTICE OF SUBSTITUTION OF DEFENDANT EPA REGIONAL ADMINISTRATOR AND [PROPOSED] ORDER

1